**Order entered April 9, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00632-CR

### VICTOR ZAMARRON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-30457-U**

### ORDER

Before the Court is the State's April 7, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     LANA MYERS
JUSTICE